# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**DONALD HUDSON EMANUEL RYAN,** :

    **Petitioner** :

  **v.**                                 **CIVIL ACTION NO. 3:16-1448**

                                            :

**CRAIG A. LOWE, et al.**                 **(JUDGE MANNION)**

                                            :

    **Respondents**

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is **DISMISSED**, without prejudice, for lack of jurisdiction.

2. The Clerk of Court shall **CLOSE** this case.

                              s/ *Malachy E. Mannion*
                              **MALACHY E. MANNION**
                              **United States District Judge**

Dated: August 15, 2016
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1448-01 order.wpd